UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON Z. FREEMAN, JR.,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CRESSIE LYONS, et al.,<br><br>　　　　Defendants. | Case No. EDCV 14-2350-DSF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the motion to dismiss filed on August 14, 2015 [Dkt. 61, "Motion to Dismiss"], the motion for summary judgment filed on August 18, 2015 [Dkt. 63, "Summary Judgment Motion"], the Report and Recommendation of United States Magistrate Judge ("Report"), and all pleadings, motions, and other documents filed in this action.  The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

　　(1) The Motion to Dismiss is GRANTED, Plaintiff's retaliation claim is dismissed without leave to amend, and Plaintiff is granted leave to file a First Amended Complaint, within 30 days of this Order, which may attempt to

state a claim premised on the facts alleged in the Complaint under a different legal theory; and

(2) The Summary Judgment Motion is DENIED WITHOUT PREJUDICE, on the ground of mootness.

**IT IS SO ORDERED.**

DATE: 2/25/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2